ORIGINAL

*4/08/161*

In re   **John H. Smyth,**              Case No.   **402-49837-DML**
        **Lovie L. Smyth,**

_____
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Arrow Financial Service** **11928007** **PO box 3001** **Malvern, PA 19355-0701** | C | | | | | | | 335.00 |
| Account No. | | | | | | | | |
| **Avalon Digital Marketing-Duvra Collect** **L1420410** **PO box 235192** **Encinitas, CA 92023** | C | | | | | | | 3,400.00 |
| Account No. | | | | | | | | |
| **Beneficial** **831713005731164** **PO box 4153-K** **Carol Stream, IL 60197-4153** | C | | | | | | | 9,230.00 |
| Account No. | | | | | | | | |
| **Best Bank** **4431188000027692** **550 W. 17th St. NW** **Washington, DC 20429** | C | | | | | | | 1,435.00 |

U. S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
AUG 14 2003
TAWANA C. MARSHALL, CLERK
By_____
          Deputy

**4**   continuation sheets attached

Subtotal
(Total of this page)              **14,400.00**

In re      **John H. Smyth,**                                          Case No.    **402-49837-DML**
           **Lovie L. Smyth**
                                                                  ,
                                     Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Capital One** **486236222480** **PO box 60000** **Seattle, WA 98190-6000** | | C | | | | | 535.00 |
| Account No. | | | | | | | |
| **Citifinancial** **3306580355436** **PO box 222178** **Charlotte, NC 28222-2178** | | C | | | | | 1,000.00 |
| Account No. | | | | | | | |
| **Collectech Systems** **55409221** **800 Cummings Centre** **Beverly, MA 01915** | | C | | | | | 265.00 |
| Account No. | | | | | | | |
| **Cross Country Bank** **422709725006** **PO box 1004** **Huntington, WV 25770-0004** | | C | | | | | 960.00 |
| Account No. | | | | | | | |
| **Cross Country Bank** **422709724175** **PO box 1004** **Huntington, WV 25770-0004** | | C | | | | | 500.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **3,260.00**

Copyright (c) 1996-2000 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **John H. Smyth,**
　　　 **Lovie L. Smyth**

Case No.　**402-49837-DML**

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Drivetime** 104002752001 1030 N. Colorado St. Gilbert, AZ 85233 | | C | | | | | 945.00 |
| Account No. **First Premier** 517800700005377 PO box 5147 Sioux Falls, SD 57117 | | C | | | | | 360.00 |
| Account No. **First Premier** 4610078800058935 PO box 5147 Sioux Falls, SD 57117 | | C | | | | | 220.00 |
| Account No. **First Premier** 5433624514848970 PO box 5147 Sioux Falls, SD 57117 | | C | | | | | 260.00 |
| Account No. **HAF, Inc.** 277355 5118 Ashbrook Drive Houston, TX 77081 | | C | | | | | 7,140.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,925.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **John H. Smyth,**
        **Lovie L. Smyth**

Case No.   **402-49837-DML**

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Marlin Ingr.**<br>**154849**<br>**333 Glen St.**<br>**Suite 200**<br>**Glens Falls, NY 12801** | | C | | | | | 1,500.00 |
| Account No. | | | | | | | |
| **Marlin Ingr.**<br>**BC836534**<br>**333 Glen St.**<br>**Suite 200**<br>**Glens Falls, NY 12801** | | C | | | | | 1,455.00 |
| Account No. | | | | | | | |
| **Nata Credit**<br>**77210840759219**<br>**PO box 3023**<br>**Hutchinson, KS 67504** | | C | | | | | 465.00 |
| Account No. | | | **collecting for cross country bank** | | | | |
| **NCO Financial Systems, Inc.**<br>**4227097250067621**<br>**PO box 41417**<br>**Dept. 99**<br>**Philadelphia, PA 19101** | | C | | | | | 0.00 |
| Account No. | | | **collecting for cross country bank** | | | | |
| **NCO Financial Systems, Inc.**<br>**4227097241754709**<br>**PO box 41417**<br>**Dept. 99**<br>**Philadelphia, PA 19101** | | C | | | | | 0.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,420.00

Copyright (c) 1996-2000 - Best Case Solutions, Inc  - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **John H. Smyth,**
    **Lovie L. Smyth**

Case No. __**402-49837-DML**__

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **ProCollect**<br>**45774001324181**<br>**9550 Forest Lane**<br>**Suite 420**<br>**Dallas, TX 75243** | | C | | | | | **260.00** |
| Account No. | | | | | | | |
| **Risk Management Alt. Ins.**<br>**55201**<br>**990 Westbury Rd.**<br>**Westbury, NY 11590** | | C | | | | | **185.00** |
| Account No. | | | | | | | |
| **Signet Bank**<br>**4121741346149524**<br>**5 Bel Air Parkway**<br>**Bel Air, MD 21015** | | C | | | | | **380.00** |
| Account No. | | | | | | | |
| **Simm Associates**<br>**504120442049**<br>**319 Locust Thorn Crt.**<br>**Millersville, MD 21108** | | C | | | | | **590.00** |
| Account No. | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **1,415.00** |
| Total<br>(Report on Summary of Schedules) | **31,420.00** |

Copyright (c) 1996-2000 - Best Case Solutions, Inc - Evanston, IL - (800) 492-8037

Best Case Bankruptcy